# Exhibit 1

LAW OFFICES OF
## Laurence A. Hecker, Attorney at Law

Member of NJ Bar

650 College Road East • Suite 1800
Princeton, NJ 08540
(609) 779-6600
Fax (609) 779-6619
Toll Free (800) 884-0860

**FIRST DEMAND LETTER**

377377
Barbara R Nicander

November 20, 2006

RE:  Creditor:                      CACV
     Your Account Number            377377
     Original Creditor:             PROVIDIAN BANK
     Original Account Number:
     Amount Due:                    $9,090.99

Dear Barbara R Nicander

This office represents the above named client, CACV, who has placed the above-styled matter for collection. This is a demand for full payment because you have had ample time to pay your creditor. Sometimes we can arrange installment payments but you must contact this office for arrangements.

At this time, no attorney with this firm has personally reviewed the particular circumstances of your account. However, if you decide not to contact this office, our client may consider all available remedies to recover on the balance due, which may include an attorney review of your account.

### NOTICE OF IMPORTANT RIGHTS

UNLESS YOU, THE CONSUMER, WITHIN THIRTY DAYS AFTER RECEIPT OF THIS NOTICE, DISPUTE THE VALIDITY OF THE DEBT, OR ANY PORTION THEREOF, THE DEBT WILL BE ASSUMED VALID BY THE DEBT COLLECTOR. IF YOU THE CONSUMER NOTIFY US WITHIN THE THIRTY DAY PERIOD THAT THE DEBT, OR ANY PORTION THEREOF, IS DISPUTED, WE WILL OBTAIN VERIFICATION OF THE DEBT OR A COPY OF A JUDGEMENT AGAINST YOU, THE CONSUMER, AND A COPY OF SUCH VERIFICATION OR JUDGEMENT WILL BE MAILED TO YOU BY OUR OFFICE. UPON YOUR REQUEST WITHIN THE THIRTY-DAY PERIOD, WE WILL PROVIDE YOU WITH THE NAME AND ADDRESS OF THE ORIGINAL CREDITOR, IF DIFFERENT FROM THE CURRENT CREDITOR.

Please contact our office at 1-800-884-0860

_____
Attorney at Law

This is an attempt to collect a debt. Any information obtained will be used for that purpose. You are hereby notified that a negative credit report reflecting on your credit record may be submitted to a credit reporting agency if you fail to fulfill the terms of your credit obligations.