UNITED STATES DISTRICT COURT

NORTHERN DISTRICT OF CALIFORNIA

CASE NO.: C07 05838
Date Filed: 00/00/0000

## AFFIDAVIT OF SERVICE

**Barbara Nicander**

      Plaintiff/Petitioner,

vs.

**Law Offices of Laurence A. Hecker, et al.**

      Defendant/Respondent.

_____/

```
STATE OF NEW JERSEY
COUNTY OF MERCER    ss.
```

I, **Donna Casler**, depose and say that:

I am a competent adult, over the age of 18, a resident of the State of New Jersey and I am a disinterested party to the above named action.

On 11/30/2007 at 12:15 PM, I served the within **SUMMONS, COMPLAINT AND ACCOMPANYING DOCUMENTS** on **Law Office of Laurence A. Hecker at 2 C South Gold Drive, Hamilton, NJ 08610** in the manner indicated below:

By delivering a true copy of this process to **Sana Sessoms, Paralegal to Laurence A. Hecker** of the above named corporation and informing him/her of the contents.

Description of person served:
**Sex: Female – Age: 30's – Skin: Black – Hair: Black – Height: 5'7 – Weight: 125**

I certify that the foregoing statements made by me are true and correct. I am aware that if any of the foregoing statements made by me are willfully false, I am subject to punishment.

```
Sworn to and subscribed before me on this
___ day of December, 2007
by an affiant who is personally known to
me or produced identification.

_____
NOTARY PUBLIC
```

X_____
Donna Casler - Lic#:
J &K Investigative Services Inc
P.O. Box 88
Somerville, NJ  08876
908-707-1800

Atty File#:  - Our File# **9367**

KAREN LEE SWICKLE
NOTARY PUBLIC OF NEW JERSEY
Commission Expires 1/7/2012