UNITED STATES DISTRICT COURT

NORTHERN DISTRICT OF CALIFORNIA

CASE NO.: C07 05838
Date Filed: 00/00/0000

## AFFIDAVIT OF SERVICE

**Barbara Nicander**

    Plaintiff/Petitioner,

vs.

**Law Offices of Laurence A. Hecker, et al.**

    Defendant/Respondent.

_____/

STATE OF NEW JERSEY
COUNTY OF MERCER    ss.

I, **Donna Casler**, depose and say that:

I am a competent adult, over the age of 18, a resident of the State of New Jersey and I am a disinterested party to the above named action.

On **11/30/2007** at **12:15 PM**, I served the within **SUMMONS, COMPLAINT AND ACCOMPANYING DOCUMENTS** on **Greg Chandler** at **2 C South Gold Drive, Hamilton, NJ 08610** in the manner indicated below:

By delivering to the within named person a true copy of this process and informing the person of the contents.

I asked the person spoken to if the person served was in the active military service of any of the armed forces of the United States of America or his/her state of residence in any capacity and I received a negative reply.

Description of person served:
**Sex: Male – Age: 40's – Skin: Black – Hair: Black – Height: 5'4 – Weight: 165**

I certify that the foregoing statements made by me are true and correct. I am aware that if any of the foregoing statements made by me are willfully false, I am subject to punishment.

Sworn to and subscribed before me on this ___6___ day of _December_, 20_07_ by an affiant who is personally known to me or produced identification.

NOTARY PUBLIC

KAREN LEE SWICKLE
NOTARY PUBLIC OF NEW JERSEY
Commission Expires 1/7/2012

X_____
Donna Casler – Lic#:
J &K Investigative Services Inc
P.O. Box 88
Somerville, NJ   08876
908-707-1800

Atty File#:  – Our File# **9369**