UNITED STATES DISTRICT COURT

NORTHERN DISTRICT OF CALIFORNIA

CASE NO.: C07 05838
Date Filed: 00/00/0000

AFFIDAVIT OF SERVICE

**Barbara Nicander**

      Plaintiff/Petitioner,

vs.

**Law Offices of Laurence A. Hecker, et al.**

      Defendant/Respondent.

_____/

```
STATE OF NEW JERSEY
COUNTY OF MERCER     ss.
```

I, **Ted Cordasco**, depose and say that:

I am a competent adult, over the age of 18, a resident of the State of New Jersey and I am a disinterested party to the above named action.

On 12/14/2007 at 01:45 PM, I served the within **SUMMONS, COMPLAINT AND ACCOMPANYING DOCUMENTS** on **Laurence A. Hecker** at **2 C South Gold Drive, Hamilton, NJ 08610** in the manner indicated below:

By leaving a true copy of this process at the within named person's usual place of abode with any person residing therein who is of suitable age and discretion and informing the person of the contents. Deponent mailed a copy of said documents to the above address in a First Class postpaid properly addressed envelope marked, Personal and Confidential, in an official depository under the exclusive care and custody of the United States Post Office in the State of New Jersey on: : 12/17/07

NAME: **Sana Sessoms** TITLE/RELATION: **Paralegal to Lawrence A. Hecker**

I asked the person spoken to if the person served was in the active military service of any of the armed forces of the United States of America or his/her state of residence in any capacity and I received a negative reply.

Description of person served:
Sex: Female – Age: 31 – Skin: Black – Hair: Black – Height: 5'5 – Weight: 125

I certify that the foregoing statements made by me are true and correct. I am aware that if any of the foregoing statements made by me are willfully false, I am subject to punishment.

X_____
Ted Cordasco - Lic#:
J &K Investigative Services Inc
P.O. Box 88
Somerville, NJ  08876
908-707-1800

Sworn to and subscribed before me on this ___ day of January, 2008 by an affiant who is personally known to me or produced identification

_____
NOTARY PUBLIC

KAREN LEE SWICKLE
NOTARY PUBLIC OF NEW JERSEY
Commission Expires 1/7/09

Atty File#:  – Our File# **9368**

UNITED STATES DISTRICT COURT

NORTHERN DISTRICT OF CALIFORNIA

CASE NO.: C07 05838

AFFIDAVIT OF DUE DILIGENCE

**Barbara Nicander**

        Plaintiff/Petitioner,

vs.

**Law Offices of Laurence A. Hecker, et al.**

        Defendant/Respondent.

_____/

Received by **J &K Investigative Services Inc** on 11/28/2007 at 03:42 PM to be served upon:

**Law Office of Laurence A. Hecker
2 C South Gold Drive
Hamilton, NJ 08610**

STATE OF NEW JERSEY
COUNTY OF MERCER    ss.

I, **Donna Casler**, depose and say that:

I am a competent adult, over the age of 18, a resident of the State of New Jersey and I am a disinterested party to the above named action.

On **12/12/2007 at 11:15 AM**, I non-served the within **SUMMONS, COMPLAINT AND ACCOMPANYING DOCUMENTS** on **Law Office of Laurence A. Hecker** in the manner indicated below:

**NON-SERVICE:** For the reason(s) in the comments below:

**11/30/07 @ 12:15PM** – Sana Sessons, paralegal to Lawrence Hecker stated that he was not in the office at this time.

**12/3/07 @ 11:00AM** – Laurence Hecker was not in the office at this time.

**12/6/07 @ 2:30pm** – Laurence Hecker was not in the office at this time.

**12/10/07 @ 1:00pm** – Laurence Hecker was not in the office at this time.

**12/12/07 @ 11:15am** – Laurence Hecker was not in the office at this time.

Sworn to and subscribed before me on this ___ day of _____ 20 __ by affiant who is personally known to me or produced identification.

_____
NOTARY PUBLIC

KAREN LEE SWICKLE
NOTARY PUBLIC OF NEW JERSEY
Commission Expires 1/7/2012

Donna Casler - Cert/Appt#:
J &K Investigative Services Inc
P.O. Box 88
Somerville, NJ 08876
908-707-1800
Atty File#:  - Our File# **9367**