RONALD WILCOX, Bar No. 176601
2160 The Alameda, First Floor, Suite F
San Jose, CA 95126
Tel: 408-296-0400
Fax: 408-296-0486

Counsel for Plaintiff

U.S. DISTRICT COURT
NORTHERN DISTRICT OF CALIFORNIA
SAN JOSE DIVISION

| | |
|---|---|
| BARBARA NICANDER,<br><br>　　　　Plaintiff,<br><br>vs.<br><br>LAW OFFICES OF LAURENCE A. HECKER, ATTORNEY AT LAW, LAURENCE A. HECKER, and GREG CHANDLER,<br><br>　　　　Defendants. | Case No.: C07-05838 JF<br><br>**REQUEST FOR ENTRY OF DEFAULT AGAINST DEFENDANTS** |

TO:    THE CLERK OF THE ABOVE-ENTITLED COURT

Plaintiff, BARBARA NICANDER, hereby requests that the Clerk of the above-entitled Court enter default in this matter against the defendants, LAW OFFICES OF LAURENCE A. HECKER, ATTORNEY AT LAW, LAURENCE A. HECKER, and GREG CHANDLER on the grounds that said defendants have failed to respond to the complaint within the time prescribed by the Federal Rules of Civil Procedure. Plaintiff served the complaint on defendants, Law Offices of Laurence A. Hecker, Attorney at Law and Greg Chandler on November 30, 2007 and on defendant Laurence A. Hecker on December 14, 2007, as is evidenced by the Affidavits of Service filed with the court (Docket #3, Docket #4, and Docket #5).

Dated: 1/23/08

_____
Ronald Wilcox, Attorney for Plaintiff

1