RONALD WILCOX, Bar No. 176601
2160 The Alameda, First Floor, Suite F
San Jose, CA 95126
Tel: 408-296-0400
Fax: 408-296-0486

Counsel for Plaintiff

U.S. DISTRICT COURT
NORTHERN DISTRICT OF CALIFORNIA
SAN JOSE DIVISION

| | |
|---|---|
| BARBARA NICANDER,<br><br>　　　　Plaintiff,<br>vs.<br><br>LAW OFFICES OF LAURENCE A. HECKER, ATTORNEY AT LAW, LAURENCE A. HECKER, and GREG CHANDLER,<br><br>　　　　Defendants. | Case No.: C07-05838 JF<br><br>**DECLARATION OF RONALD WILCOX IN SUPPORT OF REQUEST FOR ENTRY OF DEFAULT AGAINST DEFENDANTS** |

I, RONALD WILCOX, DECLARE AS FOLLOWS:

1. I am an attorney and counsel for Plaintiff in the above-captioned matter. In the course of my employment I have become familiar with the manner and method in which my law office maintains its books and records in the ordinary course of business. Those books and records are managed by employees whose duty it is to keep the books and records accurately and completely and to record each event or item at or near the time of the event or item so noted. Additionally, I have personal knowledge of the matter herein.

2. Plaintiff served the complaint on defendants, Law Offices of Laurence A. Hecker, Attorney at Law and Greg Chandler on November 30, 2007 and on defendant Laurence A. Hecker on December 14, 2007, as is evidenced by the Affidavits of

Service filed with the court (Docket #3, Docket #4, and Docket #5). The time to Answer has expired.

3. Plaintiff has provided Defendants with ample time to file an Answer to the complaint.

4. To be best of my knowledge, the Defendants are not in the military and are not incompetent persons.

5. No answer has been filed as required by the Federal Rules of Civil Procedure. Thus, Plaintiff is entitled to a Default against the Defendants.

I hereby attest the above is true and correct under penalty of perjury. This declaration is entered into under the laws of the State of California, in San Jose, CA on the date shown below.

Dated: 1/23/08

_____
Ronald Wilcox, Attorney for Plaintiff