**UNITED STATES DISTRICT COURT**
**Northern District of California**
280 South First Street
San Jose, California 95113
———————
www.cand.uscourts.gov

Richard W. Wieking
Clerk

General Court Number
408.535.5364

January 25, 2008

RE:  CV 07-05838 JF        BARBARA NICANDER-v- LAW OFFICES OF LAURENCE A. HECKER, ET AL.

Default is entered as to Law Offices of Laurence A. Hecker, Attorney at Law, Laurence A. Hecker and Greg Chandler on 1/24/2008.

RICHARD W. WIEKING, Clerk

*Gordana Macic*

by Gordana Macic
Case Systems Administrator

NDC TR-4  Rev. 3/89