Ronald Wilcox, Esq., 176601
2160 The Alameda, First Floor, Suite F
San Jose, CA 95126
Tel: (408) 296-0400
Fax: (408) 296-0486

**ATTORNEY FOR PLAINTIFF**

## UNITED STATES DISTRICT COURT
## NORTHERN DISTRICT OF CALIFORNIA
## SAN JOSE DIVISION

| | |
|---|---|
| BARBARA NICANDER, <br>     Plaintiff, <br>     v. <br> LAW OFFICES OF LAURENCE A. HECKER, ATTORNEY AT LAW, LAURENCE A. HECKER, and GREG CHANDLER, <br>     Defendants. | ) Case# 07-05383 JF <br> ) <br> ) MOTION TO SET ASIDE DEFAULTS <br> ) AND [PROPOSED] ORDER <br> ) <br> ) <br> ) <br> ) <br> ) |

    The Clerk entered defaults against all defendants on January 23, 2008. By agreement of the parties, on February 27, 2008, Defendants E-filed an Answer on February 28, 2008 (Docket #9). Plaintiff hereby requests the defaults be set aside and the Answer be allowed to stand so the parties can proceed in this matter.

Respectfully,

/s/Ronald Wilcox                                                                 2/29/08
Ronald Wilcox, Attorney for Plaintiff                       Date

**[PROPOSED] ORDER**

The defaults are hereby set aside.

**IT IS SO ORDERED.**

Date:

_____
HON. JEREMY FOGEL
U.S. DISTRICT JUDGE