1  Ronald Wilcox, Esq., 176601
   2160 The Alameda, First Floor, Suite F
2  San Jose, CA 95126
   Tel: (408) 296-0400
3  Fax: (408) 296-0486

4  **ATTORNEY FOR PLAINTIFF**

5          **UNITED STATES DISTRICT COURT**
         **NORTHERN DISTRICT OF CALIFORNIA**
6              **SAN JOSE DIVISION**

7  BARBARA NICANDER,            ) Case# 07-05383 JF
           Plaintiff,            )
8        v.                      ) STIPULATION TO MEDIATE
                                 ) AND [PROPOSED] ORDER
9  LAW OFFICES OF LAURENCE A.    )
10 HECKER, ATTORNEY AT LAW,      )
   LAURENCE A. HECKER, and GREG  )
11 CHANDLER,                     )
           Defendants.           )
12                               )

13

14     The parties hereby agree to mediate this matter through the Court's ADR Unit.

15 Respectfully,

16 /s/Ronald Wilcox                       2/29/08
17 Ronald Wilcox, Attorney for Plaintiff  Date

18

19 /s/Mark Ellis                          2/29/08
   Mark Ellis, Attorney for Defendants    Date
20

21

22

23

24

25

## [PROPOSED] ORDER

The parties are hereby ordered to attend mediation through the Court's ADR Unit.

**IT IS SO ORDERED.**

Date:

_____
HON. JEREMY FOGEL
U.S. DISTRICT JUDGE