**E-filed 3/4/08**

1  Ronald Wilcox, Esq., 176601
2  2160 The Alameda, First Floor, Suite F
   San Jose, CA 95126
3  Tel: (408) 296-0400
   Fax: (408) 296-0486

4  **ATTORNEY FOR PLAINTIFF**

5           **UNITED STATES DISTRICT COURT**
              **NORTHERN DISTRICT OF CALIFORNIA**
6                    **SAN JOSE DIVISION**

7  BARBARA NICANDER,              ) Case# 07-05383 JF
           Plaintiff,              )
8       v.                         ) STIPULATION TO MEDIATE
                                   ) AND [PROPOSED] ORDER
9  LAW OFFICES OF LAURENCE A.      )
10 HECKER, ATTORNEY AT LAW,        )
   LAURENCE A. HECKER, and GREG    )
11 CHANDLER,                       )
           Defendants.              )
12                                 )

13

14    The parties hereby agree to mediate this matter through the Court's ADR Unit.

15 Respectfully,

16 /s/Ronald Wilcox                         2/29/08
17 Ronald Wilcox, Attorney for Plaintiff    Date

18

19 /s/Mark Ellis                            2/29/08
   Mark Ellis, Attorney for Defendants      Date
20

21

22

23

24

25

## [PROPOSED] ORDER

The parties are hereby ordered to attend mediation through the Court's ADR Unit.

**IT IS SO ORDERED.**

Date: 3/4/08

_____
HON. JEREMY FOGEL
U.S. DISTRICT JUDGE