| | |
|---|---|
| 1 | Ronald Wilcox, Esq., 176601 |
| 2 | 2160 The Alameda, First Floor, Suite F |
|   | San Jose, CA 95126 |
|   | Tel: (408) 296-0400 |
| 3 | Fax: (408) 296-0486 |

**ATTORNEY FOR PLAINTIFF**

## UNITED STATES DISTRICT COURT
## NORTHERN DISTRICT OF CALIFORNIA
### SAN JOSE DIVISION

BARBARA NICANDER,　　　　　　　　) Case# 07-~~05383-JF~~ 05-5838-JF
　　　　Plaintiff,　　　　　　　　　　　　)
　　v.　　　　　　　　　　　　　　　　) MOTION TO SET ASIDE DEFAULTS
　　　　　　　　　　　　　　　　　　　) AND [~~PROPOSED~~] ORDER
LAW OFFICES OF LAURENCE A.　　　)
HECKER, ATTORNEY AT LAW,　　　　)
LAURENCE A. HECKER, and GREG　　)
CHANDLER,　　　　　　　　　　　　)
　　　　Defendants.　　　　　　　　　　)
　　　　　　　　　　　　　　　　　　　)

　　　The Clerk entered defaults against all defendants on January 23, 2008. By agreement of the parties, on February 27, 2008, Defendants E-filed an Answer on February 28, 2008 (Docket #9). Plaintiff hereby requests the defaults be set aside and the Answer be allowed to stand so the parties can proceed in this matter.

Respectfully,

/s/Ronald Wilcox　　　　　　　　　　　　　　　　　2/29/08
Ronald Wilcox, Attorney for Plaintiff　　　　　　　　　Date

1
2
3
4
5
6
7
8
9
10
11
12
13
14
15
16
17
18
19
20
21
22
23
24
25

[~~PROPOSED~~] ORDER

    The defaults are hereby set aside.

**IT IS SO ORDERED.**

Date: 3/4/08

_____
HON. JEREMY FOGEL
U.S. DISTRICT JUDGE