Ronald Wilcox, Esq., 176601
2160 The Alameda, First Floor, Suite F
San Jose, CA 95126
Tel: (408) 296-0400
Fax: (408) 296-0486

**ATTORNEY FOR PLAINTIFF**

## UNITED STATES DISTRICT COURT
## NORTHERN DISTRICT OF CALIFORNIA
## SAN JOSE DIVISION

| | |
|---|---|
| BARBARA NICANDER,<br>    Plaintiff,<br>v.<br><br>LAW OFFICES OF LAURENCE A.<br>HECKER, ATTORNEY AT LAW,<br>LAURENCE A. HECKER, and GREG<br>CHANDLER,<br>    Defendants. | ) Case# 07-05383 JF<br>)<br>) REQUEST TO CONTINUE 3/14/08 CMC<br>) AND [PROPOSED] ORDER<br>)<br>)<br>)<br>)<br>) |

The parties have stipulated to mediate this matter. See Order Referring the Matter to Mediation, Docket#12.

The parties respectfully request the Court continue the March 14, 2008 Case Management Conference for 90-days. The parties will exchange initial disclosures by March 14, 2008, and proceed with discovery pursuant to the F.R.C.P.

Respectfully,

/s/Ronald Wilcox                                3/4/08
Ronald Wilcox, Attorney for Plaintiff           Date

[signature]                                     3/6/08
Mark Ellis, Attorney for Defendants             Date

# [PROPOSED] ORDER

The March 14, 2008 Case Management Conference is hereby continued to

_____.

**IT IS SO ORDERED.**

Date:

_____
HON. JEREMY FOGEL
U.S. DISTRICT JUDGE