Ronald Wilcox, Esq., 176601
2160 The Alameda, First Floor, Suite F
San Jose, CA 95126
Tel: (408) 296-0400
Fax: (408) 296-0486

**ATTORNEY FOR PLAINTIFF**

UNITED STATES DISTRICT COURT
NORTHERN DISTRICT OF CALIFORNIA
SAN JOSE DIVISION

| | |
|---|---|
| BARBARA NICANDER, <br>     Plaintiff, <br> v. <br><br> LAW OFFICES OF LAURENCE A. HECKER, ATTORNEY AT LAW, LAURENCE A. HECKER, and GREG CHANDLER, <br>     Defendants. | Case# 07-05383 JF <br><br> REQUEST TO CONTINUE 3/14/08 CMC AND [PROPOSED] ORDER |

The parties have stipulated to mediate this matter. See Order Referring the Matter to Mediation, Docket#12.

The parties respectfully request the Court continue the March 14, 2008 Case Management Conference for 90-days. The parties will exchange initial disclosures by March 14, 2008, and proceed with discovery pursuant to the F.R.C.P.

Respectfully,

/s/Ronald Wilcox                                    3/4/08
Ronald Wilcox, Attorney for Plaintiff      Date

_/s/ Mark Ellis_                                        3/6/08
Mark Ellis, Attorney for Defendants      Date

1
2
3
4
5
6
7
8
9
10
11
12
13
14
15
16
17
18
19
20
21
22
23
24
25

[PROPOSED] ORDER

The March 14, 2008 Case Management Conference is hereby continued to

_____.

**IT IS SO ORDERED.**

Date:    3/20/08

_____
HON. JEREMY FOGEL
U.S. DISTRICT JUDGE