1  RONALD WILCOX, Bar No. 176601
   2160 The Alameda, First Floor, Suite F
2  San Jose, CA 95126
   Tel: 408-296-0400
3  Fax: 408-296-0486

4  Counsel for the Plaintiff

5

6                    **U.S. DISTRICT COURT**

7              **NORTHERN DISTRICT OF CALIFORNIA**

8                      **SAN JOSE DIVISION**

9

10 BARBARA NICANDER,              )  Case No.: C07-05838 JF
                                  )
11                                )
                                  )  ADMINISTRATIVE MOTION FOR
         Plaintiff,               )  DISCOVERY CONFERENCE (PURSUANT
12                                )  TO L.R. 7-11 AND F.R.C.P. 16(a))
       v.                         )
13 LAW OFFICES OF LAURENCE A.     )
   HECKER, ATTORNEY AT LAW,       )
14 LAURENCE A. HECKER, and GREG   )
   CHANDLER,                      )
15                                )
                                  )
16
         Defendants.
17

18

19

20

21

22

23

24

25        **ADMINISTRATIVE MOTON FOR A DISCOVERY CONFERENCE**
              **(PURSUANT TO L.R. 7-11 AND F.R.C.P. 16(a))**
                             Page 1

On May 8, 2008, Plaintiff served Defendants with notices for Laurence Hecker and Greg Chandler, for depositions to take place on June 12 and June 13, 2008.[1]

On June 4, 2008 Plaintiff contacted Defendants to confirm the depositions. Defendants indicated they did not intend to appear. Plaintiff suggested that if Defendants intended to continue the depositions for some other time, then they should provide alternative available dates.

The parties met and conferred again via telephone on June 10, 2008, with Defendants reiterating they would not appear for the depositions, and Plaintiff indicating the depositions would proceed as noticed absent some stipulation between the parties, and again requested Defendants provide alternative available dates (at that time Plaintiff also granted defendants an extension to respond to written discovery).

Defendants have refused and failed to appear for the duly noticed depositions of June 12 and June 13, 2008, and have failed to provide alternative available dates or obtain a court order.

**Pursuant to F.R.C.P. 16(a):**
In any action, the court may order the attorneys and any unrepresented parties to appear for one or more pretrial conferences for such purposes as:

1) expediting the disposition of the action

2) establishing early and continuing control so that the case will not be protracted because of lack of management

---

[1] Plaintiff also e-mailed the deposition notices on May 8, 2008, stating:
Hi David,
Since you did not call me back earlier this week I was not able to speak to you about available deposition dates. My office just faxed you two deposition notices and written discovery. If the deposition dates do not work for you then simply call me with alternative dates at your earliest possible convenience.
Thanks,
Ronald Wilcox

3) discouraging wasteful pretrial activities

....

**Pursuant to F.R.C.P. 16(c):**
2) Matters for Consideration. At any pretrial conference, the court may consider and take appropriate action on the following matters:

(F) controlling and scheduling discovery, including order affecting disclosures and discovery under Rule 26 and Rules 29 through 37.

Furthermore, parties may seek a pretrial conference either by informal request or by motion. See <u>Federal Civil Rules Handbook, 2008</u>, page 482, Thomson-West, citing *DiDomenico v. New York Life Insurance Co.*, 837 F. Supp. 1203, 1206 (M.D. Fla. 1993)(motion for a conference under Rule 16(a)).

The Plaintiff can bring a motion for sanctions and to compel Defendants to appear for their depositions, on 35-days notice, for Defendants' willful failure to appear for duly noticed depositions. N.D. CA L.R. 37. However, Plaintiff would prefer not to burden the court with time-consuming motion practice that could be avoided. Therefore, Plaintiff respectfully requests the Court schedule a Discovery Conference to: 1) address why Defendants, after more than four weeks, have been unable to provide available depositions dates, and 2) to schedule Defendants' depositions.

### DECLARATION

I declare under penalty of perjury under the laws of the State of California that the each of the facts in the above brief are true and correct.

1  Date: 6/13/08

2

3  /s/Ronald Wilcox

4  Ronald Wilcox

5

6  **[PROPOSED] ORDER**

7      Plaintiffs Motion for a Discovery Conference in GRANTED.  Counsel for the parties are

8  hereby ordered to appear in person, with their calendars, for the purpose of setting Defendants'

9  depositions.   The Discovery Conference shall occur in Magistrate Judge Lloyd's courtroom on

10  _____.

11

12  **IT IS SO ORDERED.**

13

14  Date:

15  HOWARD LLOYD, U.S. MAGISTRATE JUDGE