*E-FILED 7/1/2008*

NOT FOR CITATION

IN THE UNITED STATES DISTRICT COURT

FOR THE NORTHERN DISTRICT OF CALIFORNIA

SAN JOSE DIVISION

| | |
|---|---|
| BARBARA NICANDER, | No. C07-05838 JF (HRL) |
| Plaintiff,<br>v. | **ORDER DENYING PLAINTIFF'S MOTION FOR A DISCOVERY CONFERENCE** |
| LAW OFFICES OF LAURENCE A. HECKER, ATTORNEY AT LAW, LAURENCE A. HECKER and GREG CHANDLER, | [Re: Docket No. 17] |
| Defendants. | |

Plaintiff filed an administrative motion requesting a discovery conference to discuss deposition scheduling. According to her, defendants failed to appear for their depositions noticed for June 12 and 13, 2008 and refused to provide alternate dates for deposition. Plaintiff says that she may bring a noticed motion to compel and for sanctions, but she apparently has elected not to do so now.

The court expects that the parties should be able to schedule depositions on their own without judicial intervention; and, defendants are directed to cooperate with plaintiff in the scheduling of their depositions. See Civ. L.R. 30-1. Although it should go without saying, if defendants are not available on noticed dates for deposition, then they should provide alternate dates when they can appear. Plaintiff's motion for a discovery conference is denied; however, the denial is without prejudice to the filing of properly noticed motion pursuant to Civil Local

Rules 7 and 37.

SO ORDERED.

Dated: July 1, 2008

_____
HOWARD R. LLOYD
UNITED STATES MAGISTRATE JUDGE

1  **5:07-cv-5838 Notice has been electronically mailed to:**

2  Mark Ewell Ellis mellis@ecplslaw.com, restrella@ecplslaw.com

3  Ronald Wilcox ronaldwilcox@post.harvard.edu

4  **Counsel are responsible for distributing copies of this document to co-counsel who have not registered for e-filing under the court's CM/ECF program**.