1  Mark E. Ellis – 127159
   Wendy D. Vierra – 210058
2  David B. Leas – 238326
   ELLIS, COLEMAN, POIRIER, LAVOIE, & STEINHEIMER LLP
3  555 University Avenue, Suite 200 East
   Sacramento, CA  95825
4  Tel: (916) 283-8820
   Fax: (916) 283-8821
5
   Attorneys for
6  LAW OFFICE OF LAURENCE A. HECKER, ATTORNEY AT LAW, LAURENCE A. HECKER
   AND GREG CHANDLER
7

8

9                          UNITED STATES DISTRICT COURT

10                        NORTHERN DISTRICT OF CALIFORNIA

11                               SAN JOSE DIVISION

12  Barbara Nicander,                          Case No.: C 07-05838 JF

13        Plaintiff,                           [proposed] ORDER GRANTING REQUEST
                                               TO APPEAR AT MEDIATION VIA
14  v.                                         TELEPHONE

15  Law Offices of Laurence A. Hecker, et al.,

16        Defendants.

17

18

19

20
    The Court hereby grants the request of Defendant Harry Parker (erroneously sued as Greg Chandler) to
21
    be excused from personally attending the mediation scheduled for July 15, 2008. Mr. Parker is
22
    required to be immediately available by telephone for the duration of the mediation session. If a
23  further mediation is required, Mr. Parker may be required to attend.
    IT IS SO ORDERED.
24

25
    Date: July 8, 2008
26
                                              WAYNE D. BRAZIL
27                                            Magistrate Judge
                                              United States District Court
28                                            Maria Elena James
                                              United States Magistrate Judge

                                          - 1 -

            [proposed] ORDER GRANTING REQUEST TO APPEAR AT MEDIATION VIA TELEPHONE