| Clerk's Use Only |
|---|
| Initial for fee pd.: |

Type name, address, phone number of applicant here
Joseph Mauro
The Law Office of Joseph Mauro, LLC
306 McCall Ave., West Islip, NY 11795
Tel: (631) 669-0921

FILED
2008 JUL 29 P 1:12
RICHARD W. WIEKING
CLERK
U.S. DISTRICT COURT
NO. DIST. OF CA. S.J.

UNITED STATES DISTRICT COURT

NORTHERN DISTRICT OF CALIFORNIA

Barbara Nicander

   Plaintiff(s),

v.

Law Offices of Laurence A. Hecker, et al.

   Defendant(s).

CASE NO. C07-05838 JF HRL

APPLICATION FOR
ADMISSION OF ATTORNEY
*PRO HAC VICE*

Pursuant to Civil L.R. 11-3, JOSEPH MAURO, an active member in good standing of the bar of U.S. District Court-Eastern District of New York, hereby applies for admission to practice in the Northern District of California on a pro hac vice basis representing BARBARA NICANDER in the above-entitled action.

In support of this application, I certify on oath that:

1. I am an active member in good standing of a United States Court or of the highest court of another State or the District of Columbia, as indicated above;

2. I agree to abide by the Standards of Professional Conduct set forth in Civil Local Rule 11-4, to comply with General Order No. 45, Electronic Case Filing, and to become familiar with the Local Rules and the Alternative Dispute Resolution programs of this Court; and,

3. An attorney who is a member of the bar of this Court in good standing and who maintains an office within the State of California has been designated as co-counsel in the above-entitled action. The name, address and telephone number of that attorney is:

I declare under penalty of perjury that the foregoing is true and correct.

Dated: 7-28-08

```
Court Name: U.S. District Court, NDCA
Division: 5
Receipt Number: 54611003632
Cashier ID: harwellt
Transaction Date: 07/29/2008
Payer Name: Marion S. Ramel
------------------------------------
CIVIL FILING FEE
 For: Joseph Mauro
 Case/Party: D-CAN-5-08-AT-PROHAC-001
 Amount:        $350.00
------------------------------------
CHECK
 Check/Money Order Num: 849
 Amt Tendered: $350.00
------------------------------------
Total Due:       $350.00
Total Tendered: $350.00
Change Amt:       $0.00

Case # 07-5838-JF

Checks and drafts are accepted
subject to collections and full
credit will only be given when the
check or draft has been accepted by
the financial institution on which
it was drawn.
```