Ronald Wilcox, Esq., 176601
2160 The Alameda, First Floor, Suite F
San Jose, CA 95126
Tel: (408) 296-0400
Fax: (408) 296-0486

**ATTORNEY FOR PLAINTIFF**

## UNITED STATES DISTRICT COURT
## NORTHERN DISTRICT OF CALIFORNIA
## SAN JOSE DIVISION

| | |
|---|---|
| BARBARA NICANDER, ) | Case# 07-05383 JF |
|     Plaintiff, ) | |
|     v. ) | STIPULATION TO CONTINUE 8/15/08 CMC |
| ) | AND [PROPOSED] ORDER |
| LAW OFFICES OF LAURENCE A. ) | |
| HECKER, ATTORNEY AT LAW, ) | |
| LAURENCE A. HECKER, and GREG ) | |
| CHANDLER, ) | |
|     Defendants. ) | |

The parties were unsuccessful at mediating this case to a resolution. The parties are conducting discovery and hereby request an approximate 30-day continuance of the August 15, 2008 CMC (preferably to September 12, 2008).

Respectfully,

/s/Ronald Wilcox                              8/5/08
Ronald Wilcox, Attorney for Plaintiff          Date


/s/Wendy Vierra                              8/5/08
Wendy Vierra, Attorney for Defendants      Date

**[PROPOSED] ORDER**

The August 15, 2008 Case Management Conference is hereby continued to _____.

**IT IS SO ORDERED.**

Date:

_____
HON. JEREMY FOGEL
U.S. DISTRICT JUDGE