UNITED STATES DISTRICT COURT

DISTRICT OF NEW JERSEY

CASE NO.: C07-05838 JF
Date Filed: 00/00/0000

## AFFIDAVIT OF SERVICE

**Barbara Nicander**

   Plaintiff/Petitioner,

vs.

**Law Offices of Laurence A. Hecker, et al.**

   Defendant/Respondent.

_____/

STATE OF NEW JERSEY
COUNTY OF SOMERSET ss.

I, Ted Cordasco, depose and say that:

I am a competent adult, over the age of 18, a resident of the State of New Jersey and a disinterested party to the above named action.

On 07/27/2008 at 04:45 PM, I served the within SUBPOENA IN A CIVIL CASE on Larry Weil at 8 Violet Lane, Trenton, NJ 08691 in the manner indicated below:

By delivering to the within named person a true copy of this process and informing the person of the contents.

I asked the person spoken to if the person served was in the active military service of any of the armed forces of the United States of America or his/her state of residence in any capacity and I received a negative reply.

Description of person served:
Sex: Male – Age: 40's – Skin: White – Hair: Black – Height: 6'2 – Weight: 220

Witness Fee: $78.38

I certify that the foregoing statements made by me are true and correct. I am aware that if any of the foregoing statements made by me are willfully false, I am subject to punishment.

Sworn to and subscribed before me on this
____ day of July, 2008
By an affiant who is personally known to me or produced identification.

_Maria Weingartner_
NOTARY PUBLIC

MARIA WEINGARTNER
NOTARY PUBLIC OF NEW JERSEY
Commission Expires 3/14/2013

X _Ted Cordasco_
Ted Cordasco – Process Server
J &K Investigative Services Inc
P.O. Box 88
Somerville, NJ 08876
908-707-1900

Atty File#:  - Our File# 12811