RECEIVED
2008 JUL 29 PM 1:12
RICHARD W. WIEKING
CLERK
U.S. DSTRICT COURT
NO. DIST. OF CA S.J.

UNITED STATES DISTRICT COURT
Northern District of California

BARBARA NICANDER

CASE NO. C07-05838 JF HRL

Plaintiff(s),

v.

LAW OFFICES OF LAURENCE A. HECKER, ET AL.

Defendant(s).

(Proposed)
ORDER GRANTING APPLICATION FOR ADMISSION OF ATTORNEY *PRO HAC VICE*

JOSEPH MAURO, an active member in good standing of the bar of U.S. District Court, Eastern District of New York whose business address and telephone number (particular court to which applicant is admitted) is

The Law Office of Joseph Mauro, LLC
306 McCall Ave.
West Islip, NY 11795

having applied in the above-entitled action for admission to practice in the Northern District of California on a *pro hac vice* basis, representing

IT IS HEREBY ORDERED THAT the application is granted, subject to the terms and conditions of Civil L.R. 11-3. All papers filed by the attorney must indicated appearance *pro hac vice*. Service of papers upon and communication with co-counsel designated in the application will constitute notice to the party. All future filings in this action are subject to the requirements contained in General Order No. 45, *Electronic Case Filing*.

Dated: 8/8/08

United States District Judge
Jeremy Fogel