**E-filed 8/13/08**

Ronald Wilcox, Esq., 176601
2160 The Alameda, First Floor, Suite F
San Jose, CA 95126
Tel: (408) 296-0400
Fax: (408) 296-0486

**ATTORNEY FOR PLAINTIFF**

**UNITED STATES DISTRICT COURT**
**NORTHERN DISTRICT OF CALIFORNIA**
**SAN JOSE DIVISION**

| | |
|---|---|
| BARBARA NICANDER,<br>Plaintiff,<br>v.<br><br>LAW OFFICES OF LAURENCE A. HECKER, ATTORNEY AT LAW, LAURENCE A. HECKER, and GREG CHANDLER,<br>Defendants. | Case# 07-05383 JF<br><br>STIPULATION TO CONTINUE 8/15/08 CMC AND [~~PROPOSED~~] ORDER |

The parties were unsuccessful at mediating this case to a resolution. The parties are conducting discovery and hereby request an approximate 30-day continuance of the August 15, 2008 CMC (preferably to September 12, 2008).

Respectfully,

/s/Ronald Wilcox — 8/5/08
Ronald Wilcox, Attorney for Plaintiff — Date

/s/Wendy Vierra — 8/5/08
Wendy Vierra, Attorney for Defendants — Date

**[PROPOSED] ORDER**

The August 15, 2008 Case Management Conference is hereby continued to ____9/19/08______.

**IT IS SO ORDERED.**

Date: 8/13/08

______________________________

HON. JEREMY FOGEL
U.S. DISTRICT JUDGE