Ronald Wilcox, Esq., 176601
2160 The Alameda, First Floor, Suite F
San Jose, CA 95126
Tel: (408) 296-0400
Fax: (408) 296-0486

**ATTORNEY FOR PLAINTIFF**

## UNITED STATES DISTRICT COURT
## NORTHERN DISTRICT OF CALIFORNIA
## SAN JOSE DIVISION

| | |
|---|---|
| BARBARA NICANDER, ) | Case No.: 07-05838 JF |
|     Plaintiff, ) | |
|     v. ) | REQUEST TO CONTINUE 9/19/08 CMC |
| ) | AND [PROPOSED] ORDER |
| LAW OFFICES OF LAURENCE A. ) | |
| HECKER, ATTORNEY AT LAW, ) | |
| LAURENCE A. HECKER, and GREG ) | |
| CHANDLER, ) | |
|     Defendants. ) | |

     Due to a calendar conflict the parties respectfully request the Court continue the September 19, 2008, Case Management Conference to September 26, 2008. The parties discussed this matter and Defendants consented to the request.

Respectfully,

/s/Ronald Wilcox                          9/17/08
Ronald Wilcox, Attorney for Plaintiff       Date

**[PROPOSED] ORDER**

The September 19, 2008 Case Management Conference is hereby continued to September 26, 2008 at 10:30 am.

**IT IS SO ORDERED.**

Date: 9/18/08

_____
HON. JEREMY FOGEL
U.S. DISTRICT JUDGE