Ronald Wilcox, Esq., 176601
2160 The Alameda, First Floor, Suite F
San Jose, CA 95126
Tel: (408) 296-0400
Fax: (408) 296-0486

**E-Filed 12/12/08**

**ATTORNEY FOR PLAINTIFF**

UNITED STATES DISTRICT COURT
NORTHERN DISTRICT OF CALIFORNIA
SAN JOSE DIVISION

C 07-5838 JF (HRL)

BARBARA NICANDER,
    Plaintiff,
    v.

LAW OFFICES OF LAURENCE A. HECKER, ATTORNEY AT LAW, LAURENCE A. HECKER, and GREG CHANDLER,
    Defendants.

) Case# 07-05383 JF
)
) STIPULATION TO CONTINUE 12/19/08 CMC
) AND [PROPOSED] ORDER
)
)
)
)
)
)

The parties are conducting discovery and hereby request an approximate 30-day continuance of the December 19, 2008 CMC (preferably to January 16, 2009).

Respectfully,

_____
Ronald Wilcox, Attorney for Plaintiff

12/10/08
Date

_____
Wendy Vierra, Attorney for Defendants

12/10/08
Date

## [PROPOSED] ORDER

The December 19, 2008 Case Management Conference is hereby continued to January 16, 2009.

**IT IS SO ORDERED.**

Date: 12/12/08

_____
HON. JEREMY FOGEL
U.S. DISTRICT JUDGE