Ronald Wilcox, Esq., 176601
2160 The Alameda, First Floor, Suite F
San Jose, CA 95126
Tel: (408) 296-0400
Fax: (408) 296-0486

**E-Filed 2/24/09**

**ATTORNEY FOR PLAINTIFF**

## UNITED STATES DISTRICT COURT
## NORTHERN DISTRICT OF CALIFORNIA
## SAN JOSE DIVISION

| | |
|---|---|
| BARBARA NICANDER, <br>     Plaintiff, <br> v. <br><br> LAW OFFICES OF LAURENCE A. HECKER, ATTORNEY AT LAW, LAURENCE A. HECKER, and GREG CHANDLER, <br>     Defendants. | Case# 07-05383 JF (5838) <br><br> STIPULATION TO CONTINUE 2/27/09 CMC AND [PROPOSED] ORDER |

The parties are conducting discovery and attempting to resolve several discovery issues. Thus, the parties hereby request an approximate 30-day continuance of the February 27, 2009 (preferably April 3, 2009).

Respectfully,

/s/Ronald Wilcox                                    2/12/09
_____          _____
Ronald Wilcox, Attorney for Plaintiff           Date

/s/Wendy Vierra                                      2/12/09
_____          _____
Wendy Vierra, Attorney for Defendants        Date

1
2
3
4
5
6
7
8
9
10
11
12
13
14
15
16
17
18
19
20
21
22
23
24
25

**[PROPOSED] ORDER**

The February 27, 2009 Case Management Conference is hereby continued to March 27, 2009.

**IT IS SO ORDERED.**

Date: 2/23/09

_____
HON. JEREMY FOGEL
U.S. DISTRICT JUDGE