1 | Ronald Wilcox, Esq., 176601
2 | 2160 The Alameda, First Floor, Suite F
  | San Jose, CA 95126
3 | Tel: (408) 296-0400
  | Fax: (408) 296-0486

**E-Filed 8/19/2009**

4 | **ATTORNEY FOR PLAINTIFF**

**UNITED STATES DISTRICT COURT**
**NORTHERN DISTRICT OF CALIFORNIA**
**SAN JOSE DIVISION**

BARBARA NICANDER,            ) Case# 07-05838 JF
    Plaintiff,               )
    v.                       ) STIPULATION TO CONTINUE 9/11/09 CMC,
                             ) DISCOVERY DEADLINE AND [PROPOSED]
                             ) ORDER
LAURENCE HECKER, et al.      )
    Defendants.              )
                             )

    The parties have stipulated to a brief extension of the discovery cut off date from September 11, 2009, to September 25, 2009. In light of this extension, the parties request a continuation of the case management conference, from September 11, 2009, to September 25, 2009.

Respectfully,

/s/Ronald Wilcox_____          8/17/09
Ronald Wilcox, Attorney for Plaintiff    Date

/s/June Coleman_____          8/17/09
June Coleman, Attorney for Defendants    Date

**[PROPOSED] ORDER**

The stipulation of the parties is hereby adopted by the Court.

The September 11, 2009, Case Management Conference, and discovery deadline are continued to September 25, 2009.

**IT IS SO ORDERED.**

Date: 8/18/2009

_____
HON. JEREMY FOGEL
U.S. DISTRICT JUDGE