**\*E-FILED 12-04-2009\***

NOT FOR CITATION

IN THE UNITED STATES DISTRICT COURT

FOR THE NORTHERN DISTRICT OF CALIFORNIA

SAN JOSE DIVISION

| | |
|---|---|
| BARBARA NICANDER, | No. C07-05838 JF (HRL) |
| Plaintiff, | **ORDER VACATING MOTION HEARINGS ON DISCOVERY MOTIONS** |
| v. | |
| LAURENCE A. HECKER and HARRY PARKER, | |
| Defendants. | |

The parties respective discovery motions (Docket Nos. 65, 73 and 74) are deemed suitable for determination without oral argument, and the December 8, 2009 motion hearings are vacated. See Civ. L.R. 7-1(b).

SO ORDERED.

Dated: December 4, 2009

HOWARD R. LLOYD
UNITED STATES MAGISTRATE JUDGE

1  5:07-cv-05838-JF Notice has been electronically mailed to:

2  June D. Coleman   jcoleman@ecplslaw.com, jmueller@ecplslaw.com

3  Kimberly Elizabeth Lewellen   klewellen@ecplslaw.com, jmueller@ecplslaw.com, mellis@ecplslaw.com, restrella@ecplslaw.com

4

5  Mark Ewell Ellis   mellis@ecplslaw.com, cstrong@ecplslaw.com, klewellen@ecplslaw.com, restrella@ecplslaw.com

6  Ronald Wilcox   ronaldwilcox@post.harvard.edu

7  Counsel are responsible for distributing copies of this document to co-counsel who have not registered for e-filing under the court's CM/ECF program.