*E-FILED 12-18-2009*

NOT FOR CITATION

IN THE UNITED STATES DISTRICT COURT

FOR THE NORTHERN DISTRICT OF CALIFORNIA

SAN JOSE DIVISION

| | |
|---|---|
| BARBARA NICANDER, | No. C07-05838 JF (HRL) |
| Plaintiff, | **ORDER GRANTING IN PART AND DENYING IN PART DEFENDANTS' MOTIONS TO COMPEL** |
| v. | |
| LAURENCE A. HECKER and HARRY PARKER, | [Re: Docket Nos. 73 and 74] |
| Defendants. | |

Plaintiff Barbara Nicander sues for alleged violation of federal and California debt collection laws. Presently before the court are defendants' motions to compel the production of documents, as well as supplemental interrogatory answers. Both motions seek the same discovery of plaintiff, except that defendant Parker moves to compel discovery pertaining to Nicander's claim for attorney's fees and costs, and Hecker does not. Otherwise, the arguments made in support of and in opposition to each motion are essentially the same, and both motions are treated together in this order. The matters were deemed submitted without oral argument. See Civ. L.R. 7-1(b); see also Docket No. 88 (Dec. 4, 2009 Order). Upon consideration of the moving and responding papers, this court grants the motions in part and denies them in part as follows:

1.    Defendants' motions to compel further responses to contention interrogatories[1] are granted as follows: Inasmuch as it appears that plaintiff intends to proceed on a vicarious liability theory as between the two defendants, she shall supplement her responses to include the bas(es) for that theory (some of which appears to have been disclosed in her opposition brief). Plaintiff's supplemental responses shall be served within 10 days from the date of this order. Defendants' motion as to these interrogatories is otherwise denied.

2.    Defendants' motions to compel the production of plaintiff's credit reports[2] are denied. Even assuming that the reports are relevant or reasonably calculated to lead to the discovery of admissible evidence, defendants have not convincingly argued a need for the reports that outweighs Nicander's privacy interests.

3.    As for defendant Parker's Request for Production No. 19, which seeks documents pertaining to plaintiff's claim for attorney's fees and costs, the motion is denied without prejudice. Defendant has not managed to persuade that this information must or properly should be produced now.

SO ORDERED.

Dated:   December 18, 2009

_____
HOWARD R. LLOYD
UNITED STATES MAGISTRATE JUDGE

---

[1] Defendant Hecker's Interrogatories 1, 3, 5, 8, 10, 12, 16, 22 and 24 and defendant Parker's Interrogatories 1, 3, 4 and 8.

[2] Defendant Hecker's Request for Production No. 22 and defendant Parker's Requests for Production No. 17.

2

5:07-cv-05838-JF Notice has been electronically mailed to:

June D. Coleman jcoleman@ecplslaw.com, jmueller@ecplslaw.com

Kimberly Elizabeth Lewellen klewellen@ecplslaw.com, jmueller@ecplslaw.com, mellis@ecplslaw.com, restrella@ecplslaw.com

Mark Ewell Ellis mellis@ecplslaw.com, cstrong@ecplslaw.com, klewellen@ecplslaw.com, restrella@ecplslaw.com

Ronald Wilcox ronaldwilcox@post.harvard.edu

Counsel are responsible for distributing copies of this document to co-counsel who have not registered for e-filing under the court's CM/ECF program.

3