Mark E. Ellis - 127159
June D. Coleman - 191890
Kimberly E. Lewellen - 243663
ELLIS, COLEMAN, POIRIER, LAVOIE,
 & STEINHEIMER LLP
555 University Avenue, Suite 200 East
Sacramento, CA  95825
Tel: (916) 283-8820
Fax: (916) 283-8821
jcoleman@ecplslaw.com

**E-Filed 4/15/2010**

Attorneys for Defendants LAURENCE HECKER and HARRY PARKER

UNITED STATES DISTRICT COURT

NORTHERN DISTRICT OF CALIFORNIA

SAN JOSE DIVISION

| | |
|---|---|
| BARBARA NICANDER,<br><br>    Plaintiff,<br><br>v.<br><br>LAURENCE A. HECKER and HARRY PARKER,<br><br>    Defendants. | Case No.: C 07-05838 JF<br><br>[PROPOSED] ORDER FOR STIPULATION & JOINT REQUEST TO VACATE TRIAL DATE & ALL PRETRIAL DATES & SCHEDULE CASE MANAGEMENT CONFERENCE DATE |

GOOD CAUSE existing in light of parties' stipulation and tentative settlement of case, the Trial Date of May 10, 2010, and all other pretrial dates are hereby vacated. The Court hereby retains jurisdiction while the settlement payments are being made, and in the event necessary to enforce the settlement terms. A Case Management Conference is scheduled for  July 16 , 2010. The parties are to submit a Joint Case Management Statement no later than  July 9 , 2010.

IT IS SO ORDERED.

Dated: 4/12/2010

_____
Honorable Jeremy Fogel
UNITED STATES DISTRICT JUDGE

- 1 -

[PROPOSED] ORDER FOR STIPULATION & JOINT REQUEST TO VACATE TRIAL DATE & ALL PRETRIAL DATES & SCHEDULE CASE MANAGEMENT CONFERENCE DATE