1  Mark E. Ellis - 127159
   June D. Coleman - 191890
2  Kimberly E. Lewellen - 243663
   ELLIS, COLEMAN, POIRIER, LAVOIE,
3     & STEINHEIMER LLP
   555 University Avenue, Suite 200 East
4  Sacramento, CA  95825
   Tel: (916) 283-8820
5  Fax: (916) 283-8821
   mellis@ecplslaw.com
6  jcoleman@ecplslaw.com
   klewellen@ecplslaw.com
7
   Attorneys for Defendants LAURENCE HECKER and HARRY PARKER and NON-PARTY APM
8  FINANCIAL SOLUTIONS, LLC

9

10                        UNITED STATES DISTRICT COURT

11                      NORTHERN DISTRICT OF CALIFORNIA

12                            SAN JOSE DIVISION

13  BARBARA NICANDER,                          Case No.:  C 07-05838 JF

14          Plaintiff,                         JOINT REQUEST AND STIPULATION TO
                                               AMEND PLAINTIFF'S FIRST AMENDED
15  v.                                         COMPAINT TO ADD A NEW PARTY, APM
                                               FINANCIAL SOLUTIONS, LLC;
16  LAURENCE A. HECKER and HARRY               [PROPOSED] ORDER
    PARKER,
17
            Defendants.
18

19

20          WHEREAS Plaintiff filed her Complaint in this matter on November 16, 2007;

21          WHEREAS Plaintiff filed her Amended Complaint in this matter on October 15, 2008;

22          WHEREAS Plaintiff has discovered new information concerning the purported employment of

23  Defendants Laurence A. Hecker and Harry Parker by APM Financial Solutions LLC, and concerning

24  APM Financial Solutions LLC's potential liability for the alleged conduct of Defendants Hecker and

25  Parker at issue in this lawsuit;

26          WHEREAS  the  parties  and  APM  Financial  Solutions,  LLC  have  reached  a  settlement

27  agreement in principle which requires APM Financial Solutions, LLC to agree to a stipulated judgment

28  if settlement payments are not made;

                                            - 1 -

1       WHEREAS APM Financial Solutions, LLC cannot submit to a judgment without being a party

2 to the litigation;

3       WHEREAS Defendants and APM Financial Solutions, LLC have consented to Plaintiff

4 amending her First Amended Complaint to name APM Financial Solutions LLC as a defendant;

5       WHEREAS APM Financial Solutions, LLC waives service and consents to the jurisdiction of

6 the Court;

7       WHEREAS the parties agree that if the settlement agreement and stipulated judgment are not

8 executed, thereby potentially causing the litigation to go forward to trial, the instant stipulation is non-

9 operative, and Plaintiff will thus be required to file a motion to amend the Amended Complaint based

10 on evidence and argument in support of such a motion if she desires to have APM Financial Solutions

11 Inc. as a named defendant in this lawsuit.

12       THEREFORE the parties and non-party APM Financial Solutions, LLC jointly request that the

13 Court amend the operative complaint to add APM Financial Solutions, LLC as a defendant to the

14 instant case.

15 Dated: April 7, 2010

16                           ELLIS, COLEMAN, POIRIER, LAVOIE, &
                            STEINHEIMER LLP

17

18                           By  /s June D. Coleman
                            June D. Coleman

19                             Attorney for Defendants
                            LAURENCE HECKER AND HARRY PARKER

20                             AND NON-PARTY APM FINANCIAL
                            SOLUTIONS, LLC

21 Dated: April 7, 2010

22

23                           By  /s Ronald Wilcox
                            Ronald Wilcox

24                             Attorney for Plaintiff
                            BARBARA NICANDER

25

26

27

28

Mark E. Ellis - 127159
June D. Coleman - 191890
Kimberly E. Lewellen - 243663
ELLIS, COLEMAN, POIRIER, LAVOIE,
    & STEINHEIMER LLP
555 University Avenue, Suite 200 East
Sacramento, CA  95825
Tel: (916) 283-8820
Fax: (916) 283-8821
mellis@ecplslaw.com
jcoleman@ecplslaw.com
klewellen@ecplslaw.com

Attorneys for Defendants LAURENCE HECKER and HARRY PARKER and NON-PARTY APM
FINANCIAL SOLUTIONS, LLC

UNITED STATES DISTRICT COURT

NORTHERN DISTRICT OF CALIFORNIA

SAN JOSE DIVISION

| | |
|---|---|
| BARBARA NICANDER,<br><br>     Plaintiff,<br><br>v.<br><br>LAURENCE A. HECKER and HARRY PARKER,<br><br>     Defendants. | Case No.:  C 07-05838 JF<br><br>**JOINT REQUEST AND STIPULATION TO AMEND PLAINTIFF'S FIRST AMENDED COMPAINT TO ADD A NEW PARTY, APM FINANCIAL SOLUTIONS, LLC; [PROPOSED] ORDER** |

The Court having read the joint request and stipulation to add APM Financial Solutions, LLC as a party, and believing that good cause exists, the Court grants the joint request and permits APM Financial Solutions, LLC to be added as a defendant.

DATE:___4/8/10_____          _____
                                                                  THE HONORABLE JEREMY FOGEL
                                                                  JUDGE OF THE UNITED STATES DISTRICT COURT

- 3 -

JOINT REQUEST AND STIPULATION TO AMEND PLAINTIFF'S FIRST AMENDED COMPAINT TO ADD A
NEW PARTY, APM FINANCIAL SOLUTIONS, LLC; PROPOSED ORDER