
Mark E. Ellis - 127159
June D. Coleman - 191890
Kimberly E. Lewellen - 243663
ELLIS, COLEMAN, POIRIER, LAVOIE,
    & STEINHEIMER LLP
555 University Avenue, Suite 200 East
Sacramento, CA 95825
Tel: (916) 283-8820
Fax: (916) 283-8821
mellis@ecplslaw.com
jcoleman@ecplslaw.com
klewellen@ecplslaw.com

Attorneys for Defendants LAURENCE HECKER and HARRY PARKER and NON-PARTY APM FINANCIAL SOLUTIONS, LLC

## UNITED STATES DISTRICT COURT

## NORTHERN DISTRICT OF CALIFORNIA

## SAN JOSE DIVISION

| | |
|---|---|
| BARBARA NICANDER,<br><br>    Plaintiff,<br><br>v.<br><br>LAURENCE A. HECKER and HARRY PARKER,<br><br>    Defendants. | Case No.: C 07-05838 JF<br><br>**STIPULATION AMENDING COMPLAINT TO ADD DEFENDANT APM FINANCIAL SOLUTIONS, LLC, AND DSIMISSING DEFENDANTS LAURENCE HECKER AND HARRY PARKER; [PROPOSED] ORDER** |

The Court adopts the stipulation of the parties; APM Financial Solutions is hereby added as a Defendant in place of Defendants Laurence Hecker and Harry Parker, and Defendants Hecker and Parker are dismissed with prejudice, leaving Defendant APM Financial Solutions, LLC as the remaining Defendant.

**IT IS SO ORDERED.**

- 3 -

| | |
|---|---|
| 1 | DATE: 4/27/10 |
| 2 | *[signature]*<br>THE HONORABLE JEREMY FOGEL<br>JUDGE OF THE UNITED STATES DISTRICT COURT |

- 4 -

STIPULATION AMENDING COMPLAINT TO ADD DEFENDANT APM FINANCIAL
SOLUTIONS, LLC, AND DSIMISSING DEFENDANTS LAURENCE HECKER AND HARRY
PARKER; [PROPOSED] ORDER