1  RONALD WILCOX, #176601
   ATTORNEY AT LAW
2  2160 THE ALAMEDA, SUITE F          **E-Filed 7/12/2010**
   SAN JOSE, CA 95126
3  TEL: 408-296-0400
   FAX: 408-296-0486
4  RONALDWILCOX@POST.HARVARD.EDU

5  COUNSEL FOR PLAINTIFF

UNITED STATES DISTRICT COURT

NORTHERN DISTRICT OF CALIFORNIA

SAN JOSE DIVISION

| | |
|---|---|
| BARBARA NICANDER, | Case No.: C 07-05838 JF |
| Plaintiff, | **REQUEST TO CONTINUE JULY 16, 2010 CMC FOR 90 DAYS, and [Proposed] ORDER** |
| v. | DATE: July 16, 2010 |
| APM FINANCIAL SOLUTIONS, LLC, | TIME: 10:30 a.m. |
| Defendant. | DEPT: Courtroom 3, 5th Floor |

On July 7, 2010 counsel for Defendant indicated APM Financial Solutions, LLC filed bankruptcy. Plaintiff respectfully requests a continuance of the July 16, 2010 Case Management Conference for 90-days.

Dated: July 9, 2010

By /s/Ronald Wilcox
Ronald Wilcox
Attorney for
PLAINTIFF BARBARA NICANDER

- 1 -

1 **[Proposed] ORDER**

2 The July 16, 2010 Case Management Conference is hereby continued to __10/15/2010__.

3 **IT IS SO ORDERED.**

4

5 Date: 7/12/2010

6
7 _____
HON. JEREMY FOGEL
8 U.S. DISTRICT JUDGE

- 2 -