**E-Filed 10/12/2010**

IN THE UNITED STATES DISTRICT COURT

FOR THE NORTHERN DISTRICT OF CALIFORNIA

SAN JOSE DIVISION

| | |
|---|---|
| BARBARA NICANDER,<br><br>　　　　Plaintiff,<br><br>　　v.<br><br>APM FINANCIAL SOLUTIONS, LLC,<br><br>　　　　Defendant. | Case Number 5:07-cv-05838-JF/HRL<br><br>**ORDER[1] CONTINUING CASE MANAGEMENT CONFERENCE** |

　　　　Plaintiff Barbara Nicander ("Plaintiff") seeks to continue for ninety days the case management conference set currently for October 15, 2010, representing that Defendant APM Financial Solutions, LLC ("Defendant") has entered bankruptcy and that the instant matter is under the jurisdiction of the bankruptcy court. (Docket No. 104.) Plaintiff also contends that Defendant's counsel suggested the continuance. (*Id.*) Accordingly, the Court will continue the case management conference to January 14, 2011 at 10:30 a.m.

**IT IS SO ORDERED.**

DATED: 10/12/2010

　　　　　　　　　　　　　　　　　　　　　　　JEREMY FOGEL
　　　　　　　　　　　　　　　　　　　　　　　United States District Judge

---

[1] This disposition is not designated for publication in the official reports.