1 RONALD WILCOX, #176601
ATTORNEY AT LAW
2 1900 THE ALAMEDA, SUITE 530
SAN JOSE, CA 95126
3 TEL: 408-296-0400
FAX: 408-296-0486
4 RONALDWILCOX@POST.HARVARD.EDU

5 COUNSEL FOR PLAINTIFF

UNITED STATES DISTRICT COURT

NORTHERN DISTRICT OF CALIFORNIA

SAN JOSE DIVISION

| BARBARA NICANDER, | Case No.: C 07-05838 JF |
|---|---|
| Plaintiff, | **REQUEST TO CONTINUE JANUARY 14, 2011 CMC FOR 90 DAYS, and [Proposed] ORDER** |
| v. | |
| APM FINANCIAL SOLUTIONS, LLC, | DATE: January 14, 2011
TIME: 10:30 a.m.
DEPT: Courtroom 3, 5th Floor |
| Defendant. | |

On July 7, 2010 counsel for Defendant indicated APM Financial Solutions, LLC filed bankruptcy. Recent correspondence from the bankruptcy court indicates the matter is still under the jurisdiction of the bankruptcy court. Thus, Plaintiff respectfully requests the Court continue the herein for 90-days.

Dated: January 7, 2011

By /s/Ronald Wilcox
Ronald Wilcox
Attorney for
PLAINTIFF BARBARA NICANDER

- 1 -

**[Proposed] ORDER**

The January 14, 2011 Case Management Conference is hereby continued to _____.

**IT IS SO ORDERED.**

Date:

_____
HON. JEREMY FOGEL
U.S. DISTRICT JUDGE