1  RONALD WILCOX, #176601
   ATTORNEY AT LAW
2  1900 THE ALAMEDA, SUITE 530                    **E-Filed 1/13/2011**
   SAN JOSE, CA 95126
3  TEL: 408-296-0400
   FAX: 408-296-0486
4  RONALDWILCOX@POST.HARVARD.EDU

5  COUNSEL FOR PLAINTIFF

              UNITED STATES DISTRICT COURT

              NORTHERN DISTRICT OF CALIFORNIA

              SAN JOSE DIVISION

| BARBARA NICANDER, | Case No.: C 07-05838 JF |
|---|---|
| Plaintiff, | **REQUEST TO CONTINUE JANUARY 14, 2011 CMC FOR 90 DAYS, and [Proposed] ORDER** |
| v. | |
| APM FINANCIAL SOLUTIONS, LLC, | DATE:   January 14, 2011 |
| Defendant. | TIME:   10:30 a.m. |
|  | DEPT:   Courtroom 3, 5th Floor |

On July 7, 2010 counsel for Defendant indicated APM Financial Solutions, LLC filed bankruptcy. Recent correspondence from the bankruptcy court indicates the matter is still under the jurisdiction of the bankruptcy court. Thus, Plaintiff respectfully requests the Court continue the herein for 90-days.

Dated: January 7, 2011

                            By /s/Ronald Wilcox
                               Ronald Wilcox
                               Attorney for
                               PLAINTIFF BARBARA NICANDER

- 1 -

**[Proposed] ORDER**

The January 14, 2011 Case Management Conference is hereby continued to April 15, 2011 at 10:30 am.

**IT IS SO ORDERED.**

Date: 1/13/2011

_____
HON. JEREMY FOGEL
U.S. DISTRICT JUDGE

- 2 -