**E-Filed 3/28/2011**

1
2
3
4
5
6
7
8            **IN THE UNITED STATES DISTRICT COURT**
9          **FOR THE NORTHERN DISTRICT OF CALIFORNIA**
10                  **SAN JOSE DIVISION**
11

| | |
|---|---|
| BARBARA NICANDER, | Case Number 5:07-cv-05838-JF |
| Plaintiff, | ORDER ADMINISTRATIVELY CLOSING ACTION IN LIGHT OF BANKRUPTCY STAY |
| v. | |
| LAW OFFICES OF LAURENCE A. HECKER, et al., | |
| Defendants. | |

        The only defendant remaining in this action, APM Financial Solutions, LLC, filed for

bankruptcy in June 2010, triggering the automatic stay.  There is no indication when or if the stay

will be lifted.  The Court hereby administratively closes the action without prejudice to an

application to reopen the case in the event that the bankruptcy stay is lifted.  All pending hearing

dates and/or trial dates are VACATED.

        IT IS SO ORDERED.


DATED:  3/28/2011

                                        _____
                                        JEREMY FOGEL
                                        United States District Judge